# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00736-CV

**Edcouch-Elsa Independent School District and
Mike Morath, Commissioner of Education, Appellants**

**v.**

**Minerva Gonzalez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-14-004364, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, explaining that they have

settled their dispute.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed on Joint Motion

Filed:   July 6, 2016